# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SWEET STREET DESERTS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CHUDLEIGH'S LTD., | : | NO. 12-3363 |
| Defendant. | : | |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

And NOW, this 4th day of April 2013, for the reasons stated in the foregoing memorandum, it is ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 8) is DENIED with respect to Counts I through VII, but GRANTED with respect to Counts VIII and IX.

**BY THE COURT:**

*/s/ Michel M. Baylson*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 12\12-3363 sweet street v. chudleigh's\mtd_order.docx