## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SWEET STREET DESERTS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CHUDLEIGH'S LTD., | : | NO. 12-3363 |
| Defendant. | : | |

## ORDER

And NOW, this 27 day of September 2013, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendants' Motion for Leave to File its Amended Answer with Counterclaims is GRANTED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 12\12-3363 sweet street v. chudleigh's\mta_order.docx